IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELOUISE RUE ORTEGA,

      Plaintiff,

v.    No. CIV 10-1101 JP/LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS
### AND RECOMMENDED DISPOSITION
### AND REMANDING CASE FOR ADDITIONAL PROCEEDINGS

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed January 19, 2012 [Doc. 22]. Plaintiff did not file objections, and the deadline for filing objections has passed. A party waives the right to challenge a magistrate judge's report and recommendation if the party does not file timely objections. Conley v. Mullin, 245 F. App'x 863, *1 (10th Cir. 2007). The Court accepts the analysis and recommended disposition with the result that Plaintiff's motion to remand is granted and this matter is remanded for additional administrative proceedings, as described in the Magistrate Judge's Analysis.

IT IS HEREBY ORDERED that the Magistrate Judge's Analysis and Recommended Disposition is adopted by the Court;

IT IS FURTHER ORDERED that Plaintiff's motion to remand is GRANTED and this matter is REMANDED for additional administrative proceedings.

                                                                           _James A. Parker_
                                                      UNITED STATES DISTRICT COURT